UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

JESUS CORONEL,

                Plaintiff,

v.                               **NOTICE OF REMOVAL**

MIAMI-DADE COUNTY, FLORIDA, A    **Circuit Court Case No.12-46840 CA 09**
POLITICAL SUBDIVISION OF THE
STATE OF FLORIDA, MIAMI DADE
POLICE DEPARTMENT, FLORIDA
DIVISION OF HIGHWAY SAFETY
AND MOTOR VEHICLES AND W.
KOSTOPOULOS,
                Defendants.

**DEFENDANT'S NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1441(a) and 1446, Defendant Miami-Dade County files this Notice of Removal and removes this action to the United States District Court for the Southern District of Florida, Miami Division, based on the facts and provisions set forth below:

1.    This action commenced on November 30, 2012, by the filing of a complaint in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida. The County first received notice of this action by service of a Summons and Complaint on December 7, 2012. Plaintiff's counsel extended the deadline for the County to respond to the Complaint until January 4, 2012. Plaintiff served Miami-Dade Police Department on December 12, 2012.

2.    Defendant Florida Division of Highway Safety and Motor Vehicles consents to the removal.

3. To the best of undersigned's knowledge, Defendant William Kostopoulos has not been served.

4. The Complaint alleges that Detective Kostopoulos deprived Plaintiff of his rights under the Fourth, Fifth, and Fourteenth Amendments of the Constitution of the United States. Compl. ¶¶ 25, 32, 41. This Court therefore has original jurisdiction over the claim pursuant to 28 U.S.C. § 1331, and the action is therefore removable pursuant to 28 USC. §1441(a).

5. The complaint further alleges a state law claim for negligent supervision against the County. Compl. ¶¶ 54-58. This Court has supplemental jurisdiction over these claims pursuant to 28 U.S.C. § 1367, and the action is therefore removable under § 1441(a).

6. Venue is proper in this District and Division because the alleged actions took place within Miami-Dade County, Florida.

7. At least one defendant remains to be served. Therefore, this Notice is timely as it has not yet been thirty days since service of the Summons and Complaint on the last-served defendant in this action. Copies of the summonses served on the County and the Miami-Dade Police Department are included along with the Complaint as Exhibits A and B in accordance with the requirements of 28 U.S.C. §1446(a). A complete copy of the state court file is included as Exhibit C.[1]  Apart from the documents mentioned herein, Plaintiff has served no other papers on the Defendants.

---

[1] The state court file incorrectly includes a return of service for a different case, Case Number 12-46846 CA 09. This incorrectly filed page is included only so that the record may be complete.

8. Written notice of the defendant's removal of this action has been provided to all parties and a copy of the Notice of Removal will be filed with the clerk of the State Court.

WHEREFORE, the County respectfully requests that this Court and accept and retain removal jurisdiction over this action.

    Respectfully submitted,

    R. A. CUEVAS, JR.
    Miami-Dade County Attorney
    Stephen P. Clark Center
    111 N.W. 1st Street, Suite 2810
    Miami, Florida 33128
    Tel. (305) 375-5151
    Fax (305) 375-5611

    By: /s/ Lauren Morse
       Lauren E. Morse
       Assistant County Attorney
       Florida Bar No. 0097083
       Telephone: (305) 375-5151
       Facsimile: (305) 375-5611
       Email: laurenm@miamidade.gov

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 4th day of January, 2013, to:

Leila G. Presner
Law Office of Leila G. Presner
242 Northwest 12 Avenue
Miami, FL 33140
(305) 324-5558

David Glantz
Assistant Attorney General
Office of Florida Attorney General
110 SE 6 Street, 10 Floor
Fort Lauderdale, FL 33301

                                                                                      /s/ Lauren Morse
                                                                                      Assistant County Attorney